*Monday, January 5, 1998*

## MOTION DOCKET

**95–550. State ex rel. George v. Internal Revenue Serv.**
This cause originated in this court on the filing of a complaint for a writ of mandamus. On March 30, 1995, respondent, United States of America, filed a notice of removal of this action to the United States District Court for the Southern District of Ohio.

IT IS ORDERED by the court, *sua sponte*, that relator, James Curtis George, show cause, within twenty days of the date of this entry, why this case should not be dismissed.

**96–2853. State v. White.**
Summit C.P. No. CR96010059. This cause is pending before the court as an appeal from the Court of Common Pleas of Summit County. Upon consideration of the joint motion for temporary release of the record to the Clerk of the Court of Common Pleas of Summit County,

IT IS ORDERED by the court that the motion be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the Clerk of the Common Pleas Court of Summit County shall make the necessary arrangements to assume possession of the record and shall return the record to the Clerk of the Supreme Court no later than January 16, 1998.

**97–341. Bunger v. Lawson Co.**
Butler App. No. CA96–05–107. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of appellant's motion to extend time for oral argument currently scheduled for February 4, 1998,

IT IS ORDERED by the court that the motion be, and hereby is, granted, and time for oral argument is extended to twenty minutes per side.

**97–685. Thomas v. Conrad.**
Montgomery App. Nos. 15873 and 15898. This cause is pending before the court on the certification of conflict by the Court of Appeals for Montgomery County. Upon consideration of the motion of *amicus curiae*, Ohio Academy of Trial Lawyers, to participate in oral argument currently scheduled for February 18, 1998,

IT IS ORDERED by the court that the motion be, and hereby is, granted, and the Ohio Academy of Trial Lawyers is to share the time allotted to appellees.

**97–1130. State v. Goff.**
Clinton App. No. CA95–09–026. This cause is pending before the court as an appeal from the Court of Appeals for Clinton County. On June 6, 1997, the Clerk of the Court of Appeals for Clinton County was ordered to certify and transmit the entire record in this cause, including all physical exhibits, to this court. It appearing to this court that no physical exhibits have been transmitted,

IT IS ORDERED by the court, *sua sponte*, that the Clerk of the Court of Appeals for Clinton County certify and transmit any physical exhibits, and any other items not previously transmitted, that are part of the record in this cause, within ten days of the date of this entry.

IT IS FURTHER ORDERED by the court that the Clerk of the Court of Appeals for Clinton County shall transmit the supplemental record along with an index required by S.Ct.Prac.R. V(3), and shall serve a copy of the index on all counsel of record as required by S.Ct.Prac.R. V(3).